UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NASSROLLAH BEHMARD, | Case No. 3:23-cv-00607-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WASHOE COUNTY SHERIFF'S DEPT., *et al.*, | |
| Respondents. | |

Petitioner Nassrollah Behmard, *pro se*, brought this civil-rights action under 42 U.S.C. § 1983 to redress alleged constitutional violations against him while he was housed at Washoe County Detention Center. (ECF No. 7). The Court dismissed this action without prejudice on October 15, 2024, based on Behmard's failure to comply with an order instructing him to timely substitute the true name of a Doe defendant or in the alternative to file a motion for a subpoena duces tecum, and to update his mailing address. (ECF No. 11). Behmard has since filed a motion[1] (ECF No. 14) requesting that the Court reconsider the closure of his case, and a Notice of Change of Address (ECF No. 15). He provides that he was transferred to another institution and did not receive the Court's order. (ECF No. 14).

The Court, therefore, reopens this matter and will grant Behmard until September 29, 2025 to timely substitute the true name of a Doe defendant or in the alternative to file a motion for a subpoena duces tecum, and to file a second amended complaint. Petitioner is cautioned that this action may be dismissed without prejudice if he fails to timely comply.

---

[1] The Court will consider Behmard's filing at ECF No. 14 as a Motion to Reconsider closure and a request for extension of time to comply with its prior order to discover or substitute a named defendant and amend the complaint.

1

It is therefore ordered that Petitioner Nassrollah Behmard's Motion (ECF No. 14) is granted.

It is further ordered that the Clerk of the Court reopen this action.

It is further ordered that Petitioner has until September 29, 2025 timely substitute the true name of a Doe defendant or in the alternative to file a motion for a subpoena duces tecum, and to file a second amended complaint.

It is further ordered that the Clerk of the Court send the Petitioner courtesy copies of the previously filed Advisory Letter (ECF No. 2), Screening Order (ECF No. 6), and Complaint (ECF No. 7); and the approved forms for a civil rights complaint (Pro Se 14) and a subpoena duces tecum (AO 88B).

DATED THIS 28th day of August, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE