**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NASSROLLAH BEHMARD,

    Plaintiff

v.

BYLLY BOTANNY, et al.,

    Defendants

Case No.: 3:23-cv-00607-MMD-CSD

**Order**

Re: ECF No. 33

Before the court is Plaintiff's motion for an extension of time to serve the summons and second amended complaint. (ECF No. 33.) Plaintiff seeks an extension of 90 days from the date of any order granting leave to file the second amended complaint.

District Judge Miranda Du granted Plaintiff's motion for leave to file a second amended complaint on July 23, 2026. (ECF No. 34.) The court finds that good cause exists to extend the time to complete service of the summons and second amended complaint; however, the court will give Plaintiff 60 days from the date of Judge Du's order, and not the 90 requested, to complete service.

Plaintiff's motion (ECF No. 33) is **GRANTED** insofar as Plaintiff has up to and including **September 21, 2026**, to serve Defendants with the summons and second amended complaint.

**IT IS SO ORDERED**.

Dated: July 29, 2026

_____
Craig S. Denney
United States Magistrate Judge