AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00607-MMD-CSD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NaphCare, Inc
was received by me on *(date)* 7/30/26.

❒ I personally served the summons on the individual at *(place)* ______________________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company, who is designated by law to accept service of process on behalf of *(name of organization)* NaphCare, Inc on *(date)* 8/11/26 ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 150.00.

I declare under penalty of perjury that this information is true.

Date: 8/5/26

[signature]
*Server's signature*

Michael Erwine
*Printed name and title*

316 California Ave Reno, NV
*Server's address*

Additional information regarding attempted service, etc: